UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
JOSEPH LANOUE, on behalf of himself and all other
persons similarly situated,

                         Plaintiff,

            -against-

ROSS ACQUISITION, LLC d/b/a ROSS CENTER FOR
NURSING AND REHABILITATION, ROSS OPCO LLC
d/b/a ROSS CENTER FOR NURSING AND
REHABILIATION, DEENA LANDA, JOEL LEIFER,
AVI PHILIPSON, BENT PHILIPSON, and PERETZ STEIN,

                       Respondents.
----------------------------------------------------------------------X

Dkt. No.: 25-cv-1985
(JS)(JMW)

## STIPULATION ACCEPTING SERVICE OF AMENDED SUMMONS AND COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that Defendants Ross Acquisition, LLC d/b/a Ross Center for Nursing and Rehabilitation, Deena Landa, Joel Leifer, Avi Philipson, and Bent Philipson ("Defendants"), hereby waive formal service of process of the Amended Summons and Complaint in this action and, by their attorneys' signature below, accept service of the Amended Summons and Complaint in this action.

IT IS FURTHER AGREED that Defendants' time to answer or otherwise move with respect to the to the Amended Complaint shall be September 26, 2025, and that they shall waive claims related to improper service of process.

IT IS FURTHER AGREED that this stipulation may be executed in counterparts and by scanned or electronic signatures, which shall have the same force and effect as original signatures.

Dated: September 17, 2025

ROMERO LAW GROUP PLLC                    TILTON BELDNER LLP


_____/S/_____            _____/S/_____
MATTHEW J. FARNWORTH, ESQ.              JOSHUA BELDNER, ESQ.
490 Wheeler Road, Suite 277            626 RXR Plaza
Hauppauge, New York 11788              Uniondale, NY 11556
Tel.: (631) 257-5588                   Tel.:  (516) 262-3602
*Attorneys for Plaintiff*              *Attorneys for Defendants*

2